MICHAEL R. MCGUINNESS, Interim City Attorney/SBN 132646
MARK P. BOOKHOLDER, Dep. City Atty./SBN 289218
OFFICE OF THE CITY ATTORNEY
201 N. Broadway
Escondido, California 92025
(760) 839-4608 Tel.
mmcguinness@ci.escondido.ca.us
mbookholder@ci.escondido.ca.us

Attorneys for Defendants City of Escondido,
Officer Nathan Visconti; Officer Thomas Fidel

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK JUDE ENRIQUEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO; OFFICER NATHAN VISCONTI #ES0470; OFFICER THOMAS FIDEL #ES0338; and DOES 1-20,<br><br>Defendants. | CASE NO.: ’16-CV-0204-JAH (AGS)<br><br>JOINT MOTION TO DISMISS |

The parties, through their respective attorneys, hereby move the Court to dismiss this entire action with prejudice, including the Complaint (Document No. 1) and all causes of action against Defendants, and for all parties to bear their own costs and attorneys fees.

Dated: April 14, 2017 SEAN F. LESLIE, ATTORNEY AT LAW

By: /s/ Sean F. Leslie
SEAN F. LESLIE
Attorney for Plaintiff
MARK JUDE ENRIQUEZ

/ / /

/ / /

/ / /

/ / /

Dated: April 14, 2017

OFFICE OF THE CITY ATTORNEY
Michael R. McGuinness, Interim City Attorney

By: /s/ Mark P. Bookholder
MARK P. BOOKHOLDER
Deputy City Attorney
Attorney for Defendants
CITY OF ESCONDIDO
OFFICER NATHAN VISCONTI
OFFICER THOMAS FIDEL

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all above-referenced counsel and that I have obtained authorization from opposing counsel to affix his signature to this document.

Dated: April 14, 2017

OFFICE OF THE CITY ATTORNEY
Michael R. McGuinness, Interim City Attorney

By: /s/ Mark P. Bookholder
MARK P. BOOKHOLDER
Deputy City Attorney
Attorney for Defendants
CITY OF ESCONDIDO
OFFICER NATHAN VISCONTI
OFFICER THOMAS FIDEL